UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEE CLAY,

    Plaintiff,

vs.

CITY OF DETROIT, a Michigan Municipal
Corporation, OFFICER DONDRE PENN, and
SERGEANT KEVIN TREASVANT,

    Defendants.

Case No.: 07-14634
Hon. Arthur J. Tarnow
Referral Judge: Paul J. Komives

---

| IRA B. SAPERSTEIN (P-23468) | MARION R. JENKINS (P-26257) |
|---|---|
| Ravid & Associates, P.C. | Assistant Corporation Counsel |
| Attorneys for Plaintiff | Attorney for Defendants |
| 23855 Northwestern Highway | 660 Woodward Avenue |
| Southfield, MI 48075 | 1650 First National Building |
| (248) 948-9696 | Detroit, MI 48226 |
|  | (313) 237-3032 |

---

## MOTION FOR PROTECTIVE ORDER

**NOW COMES** Defendant, City of Detroit, a municipal corporation, by and through its undersigned attorney, and moving this Court pursuant to FRCP 26 for Protective Order, says as follows:

1. That in accordance with this court's order (Document No. 27) Defendant provided the Detroit Police Manual to Plaintiff's attorney for his review.

2. That Plaintiff's attorney did review the police manual and did request copies of certain portions of the police manual.

3. That Defendant did provide   the requested portions but the parties cannot agree on providing certain  portions of the manual as listed in the next paragraph.

4. That the parties cannot agree on whether the following portions of the police manual should be provided to the Plaintiff's counsel:

      a.    Section 102.02 - Bias Based Policing - 2 pages;

      b.    Section 102.1 - Non-Discrimination - 3 pages

      c.    Section 102.5 - Awards - 7 pages;

      d.    Section 102.7 - Violence in the Workplace - 1 page;

      e.    Section 202.4 - Case Preparation - 22 pages;

      f.    Section 202.5 - Court Appearances - 8 pages;

      g.    Section 303.3 - In-Car Video Camera - 4 pages;

      h.    Section 304.5 - Board of Review - 11 pages;

      i.    Section 305.4 - Holding Cell Areas - 15 pages;

      j.    Section 305.6 - Detainee Bonding - 10 pages;

      k.    Section 401.5 - Personnel Files and Procedures - 4 pages.

5.    That Defendant objects to production of those portions of the police manual listed in the preceding paragraph on the basis of relevance because those portions have absolutely nothing to do with any claim in this case.

6.    That Defendant requests an in-camera inspection of those portions of the police manual listed in paragraph 4.

7.    That Defendant further requests that discovery of those portions of the police manual listed in paragraph 4 not be had.

**WHEREFORE,** Defendant, City of Detroit, a municipal corporation, respectfully request that its Motion for Protective Order be granted in its entirety.

                            Respectfully submitted,

                            /s/ Marion R. Jenkins
                            Assistant Corporation Counsel
                            Attorney for Defendants
                            660 Woodward Avenue
                            1650 First National Building
                            Detroit, MI 48226
                            (313)237-3032
                            Jenkmr@law.ci.detroit.mi.us
                            (P-26257)

Dated: September 2, 2008

K:\DOCS\LIT\JENKMR\A37000\mot\ML6821.WPD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEE CLAY,

    Plaintiff,                             Case No.: 07-14634
                                               Hon. Arthur J. Tarnow
                                               Referral Judge: Paul J. Komives

vs.

CITY OF DETROIT, a Michigan Municipal
Corporation, OFFICER DONDRE PENN, and
SERGEANT KEVIN TREASVANT,

    Defendants.

| IRA B. SAPERSTEIN (P-23468) | MARION R. JENKINS (P-26257) |
|---|---|
| Ravid & Associates, P.C. | Assistant Corporation Counsel |
| Attorneys for Plaintiff | Attorney for Defendants |
| 23855 Northwestern Highway | 660 Woodward Avenue |
| Southfield, MI 48075 | 1650 First National Building |
| (248) 948-9696 | Detroit, MI 48226 |
| | (313) 237-3032 |

## BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

    In support of its motion, Defendant relies on FRCP 26 and all other applicable court rules.

                                                Respectfully submitted,

                                                /s/ Marion R. Jenkins
                                                Assistant Corporation Counsel
                                                Attorney for Defendants
                                                660 Woodward Avenue
                                                1650 First National Building
                                                Detroit, MI 48226
                                                (313)237-3032
                                                Jenkmr@law.ci.detroit.mi.us
                                                (P-26257)

Dated: September 2, 2008

## CERTIFICATE OF SERVICE

K:\DOCS\LIT\JENKMR\A37000\mot\ML6821.WPD

     I hereby certify that on September 2, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Ira B. Saperstein (P-23468)
        Ravid & Associates, P.C.
        23855 Northwestern Highway
        Southfield, MI   48075

and hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant(s):

        None

        /s/ Marion R. Jenkins
        Assistant Corporation Counsel
        Attorney for Defendants
        660 Woodward Avenue, Suite 1650
        Detroit, MI 48226
        (313) 237-3032
        Jenkmr@law.ci.detroit.mi.us
        (P-26257)