# **INDEX OF EXHIBITS**

Exhibit 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Second Re-Notice of Deposition Duces Tecum

Exhibit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .York deposition cancelled by defense Attorney

Exhibit 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Witness will not give date of birth per defense attorney

Exhibit 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Renewed medical intake form

Exhibit 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Defense attorney will not give document

Exhibit 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Witness has to refresh recollection

Exhibit 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Deposition is Duces Tecum

Exhibit 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Witness does not recall who Plaintiff is

Exhibit 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Could retrieve form

Exhibit 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Witness needs form to answer questions

Exhibit 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Witness could have brought detainee intake sheet

Exhibit 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .No appearance for deposition was given to witness

Exhibit 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Assault & Battery would be noted on detainee sheet

Exhibit 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Witness cannot answer without form

Exhibit 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Good narrative by IBS regarding failure to produce