UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEE CLAY, | Case No. 07-14634 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| CITY OF DETROIT, ET AL., | UNITED STATES MAGISTRATE JUDGE PAUL J. KOMIVES |
| Defendants. | |
| _____/ | |

## ORDER REGARDING SETTLEMENT

The Court was informed today that Defendant City of Detroit has paid Plaintiff the settlement amount owed.

Accordingly, this matter is deemed resolved and the case is closed.

**SO ORDERED.**


S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: July 23, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 23, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager